**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Ana Abreu,<br><br>Plaintiff,<br>v.<br><br>Aveanna Healthcare AS, LLC, a/k/a Aveanna Healthcare, LLC,<br><br>Defendant. | Case No.: 18-cv-2703 |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Ana Abreu files this Notice of Dismissal, with prejudice, each party to bear its own costs.

Dated: March 27, 2020.

By: /s/ Cory S. Fein

Cory S. Fein
Cory Fein Law Firm
712 Main St., Suite 800
Houston, TX 77002
cory@coryfeinlaw.com
(281) 254-7717 (phone)
(530) 748-0601 (fax)

**ATTORNEY FOR PLAINTIFF**
**ANA ABREU**